IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| UNITED STATES OF AMERICA | ) |  |
|---|---|---|
|  | ) |  |
| v. | ) | CASE NO. CR 494-85-2 |
|  | ) |  |
| RENARD BRELAND, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

**O R D E R**

Presently pending before the Court is a "Motion for Return of Collateral" filed by Surety Amy Breland. The Government does not oppose the motion. The Court finds that this case has concluded and there is no reason for bond to continue to be in effect. Thus, the motion (doc. 115) is **GRANTED**.

The Clerk of Court is **DIRECTED** to cancel the Mortgage and Promissory Note on the property, which are attached hereto, and return them to Amy Breland at 121 Kershaw Street, NE, Aiken, South Carolina 29801. The Clerk is further **DIRECTED** to send a certified copy of this order to the Clerk of the R.M.C. for Aiken County, South Carolina, as well as to the attorney for the defendant.

SO ORDERED this 2nd day of July, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

STATE OF SOUTH CAROLINA )
)
COUNTY OF AIKEN )

TO ALL WHOM THESE PRESENTS MAY CONCERN:

STATE OF SOUTH CAROLINA
COUNTY OF AIKEN
I, Peggy J. Whitman, Clerk of R.M.C. for Aiken County, South Carolina, do hereby certify that the foregoing constitutes a true and correct copy of the original document which has been filed in my office.
30 day of March, 1994
Peggy J. Whitman
R.M.C. Aiken County, S.C.
Ellen C. Bursey
Deputy Clerk
TNX

WHEREAS, Amy Breland the said Mortgagor in and by that certain Note or obligation, being dated the 24th day of March, 1994, stand firmly held and bound unto The United States of America in the penal sum of Twelve Thousand Eight Hundred and no/100 ($12,800.00) Dollars, conditioned for the payment of the full and just sum of Twelve Thousand Eight Hundred and no/100 ($12,800.00) Dollars as in and by the said Note and condition thereof, reference being thereunto had, will more fully appear.

Now, Know All Men, That Amy Breland the said Mortgagor in consideration of the said debt and sum of money aforesaid, and for the better securing the payment thereof to the said United States of America, in hand well and truly paid by the said Mortgagor at and before the sealing and delivery of these presents, the receipt whereof is hereby acknowledged, has granted, bargained, sold and released, and by these presents does grant, bargain, sell and release unto the said United States of America, its successors and assigns the following described property:

> ALL that certain lot or parcel of land situate approximately 1,000 feet South of S.C. Highway S2-46 and 0.8 mile East of the Silver Bluff Road and 4.5 miles Northwest of New Ellenton, in the County of Aiken and State of South Carolina, containing 5.05 acres and measuring and bounded as follows: Westerly by a 30 foot roadway for 412 feet; Northerly by property of Moseley for 552.3 feet; Easterly in part by property of Bush and in part by property of Callye Reddock for a total of 412 feet; and Southerly by property of Callye Reddock for 555 feet. All as will more fully appear by reference to a plat thereof made by Charles M. Jones, R.L.S., dated January 11, 1980, and filed in Misc. Book 410 at Page 34, records of the R.M.C. for Aiken County.

This being the same property conveyed to Amy Breland by deed of Callye Reddock, formerly Callye J. Horry, dated May 14, 1985, and recorded May 14, 1985 in Deed Book 877 at Page 260, records of the R.M.C. for Aiken County.

Together with all and singular the rights, members, hereditaments and appurtenances to the said premises belonging, or in anywise incident or appertaining.

To Have And To Hold all and singular the said premises unto the said United States of America, its successors and assigns forever. And she does hereby bind her heirs, executors, and administrators, to warrant and forever defend all and singular the said premises unto the said United States of America, its successors and assigns, and all other persons whomsoever claiming or to claim the same or any part thereof.

And It Is Agreed, by and between the said parties, that the said mortgagor, her heirs, executors or administrators, shall and will forthwith insure the house and building on said lot, and keep the same insured from loss or damage by fire in the sum of Twelve Thousand Eight Hundred and no/100 ($12,800.00) Dollars, and assign the policy of insurance to the said United States of America or assigns. And in case she or they shall at any time neglect or fail so to do, then the said United States of America or assigns, may cause the same to be insured in its own name, and reimburse itself for the premium and expenses of such insurance under the mortgage.

And It Is Agreed, by and between the said parties in case of default in any of the payments of interest or principal as herein provided for, the whole amount of the debt secured by this mortgage shall become due and payable at once.

And It Is Further Agreed, That said Mortgagor Amy Breland, her heirs and assigns, shall pay promptly all taxes assessed and chargeable against said property, and in default thereof, that the holder of this mortgage may pay the same, whereupon the entire debt secured by this

mortgage shall immediately become due and payable, if the mortgage shall so elect.

Provided Always, Nevertheless, and it is the true intent and meaning of the parties to these presents, that if Amy Breland the said Mortgagor does and shall well and truly pay, or cause to be paid unto the said United States of America the said debt or sum of money aforesaid, with interest thereon, if any shall be due, according to the true intent and meaning of the said Note and condition thereunder written, then this deed of bargain and sale shall cease, determine and be utterly null and void. And the said mortgagor doth hereby assign, set over and transfer to the said mortgagee, its successors and assigns, all of the rents, issues and profits of the said mortgaged premises; accruing and falling due from and after the service of a summons issued in action to foreclose this mortgage after default in the conditions thereof.

And It Is Agreed by and between the parties that in the case of foreclosure of this mortgage, by suit or otherwise, the mortgagee shall recover of the mortgagor a reasonable sum as attorney's fee, which shall be secured by this mortgage, and shall be included in judgment of foreclosure.

Witness My Hand and Seal this 24th day of March in the year of our Lord one thousand nine hundred and ninety-four and in the one hundred and eighteenth year of the Sovereignty and Independence of the United States of America.

Signed, Sealed and Delivered
In The Presence Of:

VOL. 1654 PAGE 237

STATE OF SOUTH CAROLINA )
                        )
COUNTY    OF    AIKEN   )

Personally appeared before me _Otis Joyce II_ and made oath that he/she saw the within named _Amy Breland_ sign, seal and as _____ act and deed deliver the within written Mortgage; and that he/she with _William F. Porter_ witnessed the execution thereof.

Sworn to before me this _24TH_
day of _March_, 1994.

_Otis Joyce II_
Notary Public for South Carolina
My Commission Expires: _11/18/98_

_Otis Joyce II_

RECORDED 3-30-94 @ 0900 Hr
_Peggy Williamson_
R.M.C.      AIKEN COUNTY

Amy Breland
217 Jehossee Dr
Aiken SC 29803

TIMESAVER BLANK No. 7 - TITLE TO REAL ESTATE
PRIVATE PERSON TO PRIVATE PERSON
TIMESAVER PUBLISHING CO., CONWAY, S. C.

STATE OF SOUTH CAROLINA,

COUNTY OF _____AIKEN_____

Know all Men by these Presents,

That I, Callye Reddock, formerly Callye J. Horry

in the State aforesaid ____for and____ in consideration of the

sum of Five and No/100 ($5.00) _____ DOLLARS
love and affection

to __me__ paid by Amy Breland (330 Chesterfield Street, North, Aiken, South Carolina 29801)

in the State aforesaid. (Receipt whereof is hereby acknowledged) _____

have granted, bargained, sold and released; and by these presents do grant, bargain, sell and release unto the said

Amy Breland, her heirs and assigns, the following described real estate, to-wit:

All that certain lot or parcel of land situate approximately 1,000 feet South of S. C. Highway S2-46 and 0.8 mile East of the Silver Bluff Road and 4.5 miles Northwest of New Ellenton, in the County of Aiken and State of South Carolina, containing 5.05 acres and measuring and bounded as follows: WESTERLY by a 30 foot roadway for 412 feet; NORTHERLY by property of Moseley for 552.3 feet; EASTERLY in part by property of Bush and in part by property of Callye Reddock for a total of 412 feet; and SOUTHERLY by property of Callye Reddock for 555 feet. All as will more fully appear by reference to a plat thereof made by Charles M. Jones, Registered Land Surveyor, dated January 11, 1980, a copy of which is hereto attached and made a part hereof. The said property being a portion of a tract of 100 acres conveyed to me as Callye J. Horry by deed of Estee Johnson dated July 18, 1955, and recorded in Title Book 181, at Page 145, of the records of Aiken County, South Carolina.

The property conveyed being a portion of the property designated on the tax records of Aiken County as Parcel No. 00-111-01-010.

AIKEN COUNTY
TAX ASSESSOR
a Portion of:
00-111-01-010
5-14-85

400
Plat 3.00

JBS,Jr.:

_____ Acres for $ _____
_____ Township

Purchased _____

# STATE OF SOUTH CAROLINA

COUNTY OF ~~AIKEN~~

CALLYE REDDOCK, formerly
CALLYE J. HORRY

TO (Address)

AMY BRELAND

(5.05 acres)

## TITLE TO REAL ESTATE
(Private Individual to Another)

I hereby certify that the within deed has been this
15 day of May A. D.
19 85 Recorded in Book 877 of
deeds, Page 260 at 1130 o'clock M.

Virginia Q. Eyle

Clerk of Court of Aiken County

I hereby certify that the within deed has been this
15 day of May A. D. 19 85
Transferred on Auditor's Book Page 27 p 13

George O. Williams KJM
Auditor of Aiken County

No. 7
TIMESAVER PUBLISHING CO.
CONWAY, S. C.

Plat

# PROMISSORY NOTE

$ _$ 25,000.00_

FOR VALUE RECEIVED, _Amy Breland_ promise(s) to pay to _The United States of America_ or order the sum of _Twenty-Five Thousand and no/100_ Dollars, as follows:

Due upon demand of the Clerk of Court pursuant to an Order of Forfeiture from the Court

with interest at the rate of _n/a_ percent, per anum. Upon default in the payable of principal or interest the whole debt shall become immediately due and collectable, at the option of the owner of note, in which case I/we agree to pay all costs of collection, including a reasonable attorney's fees.

WITNESS _My_ HAND(S) AND SEAL(S) this _29TH_ day of _March_, 19_94_, at Aiken, South Carolina.

_Amy Breland_ (SEAL)

STATE OF SOUTH CAROLINA
COUNTY OF AIKEN
ATTESTED TO:

This _29th_ day of _March_, Yr. _1994_

_Patricia McElmurray_
NOTARY PUBLIC FOR SOUTH CAROLINA

My Commissionary Expires _My Commission Expires February 12, 2001_